# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| THOMAS FINLEY, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | No. 4:09CV01339 ERW |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that this action is **DISMISSED**.

**IT IS FURTHER ORDERED** that the Court will not issue a Certificate of Appealability.

So Ordered this 3rd Day of September, 2009.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE